UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

LETTERS ROGATORY FOR
INTERNATIONAL JUDICIAL
ASSISTANCE FROM THE SECOND
DISTRICT COURT FOR CIVIL
MATTERS, JALISCO, MEXICO, IN THE
MATTER OF GRUPO OMNILIFE, S.A.
DE C.V. v. JUEZ DECIMO DE LO
MERCANTIL DEL PRIMER PARTIDO
JUDICIAL DEL ESTADO DE JALISCO

------------------------------------------------------------x

EX PARTE ORDER

M 11-120

WHEREAS, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, on behalf of the Second District Court for Civil Matters, Jalisco, Mexico, is seeking to obtain information from the International Arbitration Court of the International Chamber of Commerce, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Grupo Omnilife, S.A. de C.V. v. Juez Decimo de lo Mercantil del Primer Partido Judicial del Estado de Jalisco";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Elizabeth Tulis, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from the International Arbitration Court of the International Chamber of Commerce and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve the International Arbitration Court of the International Chamber of Commerce with a copy of this Order and the accompanying documents.

Dated: New York, New York
January 22, 2016

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE